CV-21-161 (BEE)

FILED '21 MAR 24 AM 10:06
MONTGOMERY CIRCUIT CT

3/24/2021

I am suing Hyundai Motor Manufacture Alabama for One Million Dollars $1,000,000 for sexual harassment. I was silence as a way to stay safe in an environment that I experience as a threat.

I perceives a leadership or company action as unfair or unjust, I determine that silene is a way to level the playing field.

Hyundai Motor Manufacture Alabama doesn't take the necessary step to prevent these actions from happening in the first place. I never feel safe in that company, and, in turn it becomes a dangerous company.

Hyundai Motor Manufacture Alabama did not respond courageously instead of scapegoating, wrongly placing blame or covering up the incident.

Hyundai Motor Manufacture Alabama doesn't have policies, training and grievance procedures to respond to sexual harassment in the workplace.

I have experience unwelcoming sexual behavior at work. Hyundai Motor Manufacture Alabama did not take reasonable and proportionate measures to eliminate sexual harassment from their workplaces.

Hyundai Motor Manufacture Alabama did not put in place a clear responsibility for creating the kind of work place systems and structures to prevent sexual harassment occurring.

I was talked over, marginalized and harassed by my Team Leaders. I observed my Team Leaders watching me while I do my job. At HMMA I work in a boot cleaning off the cars before they go in to be paint. I bend over to clean the cars and that is when my Team Leaders be looking at me. I see two of the Team Leaders watching me and when I look at them they turn their faces.

Another time I observed one of the Team Leaders watching me and he turn his face. Another one of the Team Leaders scared me when he jumped from across the isled to where I was standing. One of the Team Leader Andrew ask me to remove my mask so that he could see my face. Andrew were intimidating, hostile, and offensive. Unreasonable interferes with my work performance

I live in fair that if I report it I could lose my job. I only as four months at HMMA and my Team Leaders as sixteen years at the company.

I was terminate on March 19, 2021. HMMA did not educate all members of the workforce on sexual harassment and acceptable behaviors. Managers and supervisors at HMMA was not given additional specialized training on how to properly handle cases of sexual harassment.

HMMA do not have in place a process for when sexual harassment occurs: handling complaints, investigation, and corrective measures.

*Margaret Jones*  3/24/2021
Margaret Jones