IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MARGARET JONES,              )
                            )
      Plaintiff,            )
                            )      CIVIL ACTION NO.
      v.                    )      2:21cv331-MHT
                            )           (WO)
HYUNDAI MOTOR               )
MANUFACTURING OF ALABAMA,   )
LLC,*                       )
                            )
      Defendant.           )
```

## OPINION

Plaintiff filed this lawsuit asserting a claim of sexual harassment. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion to dismiss plaintiff's case be granted. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

---

\* The clerk of court is directed to correct the name of the defendant on the docket to reflect the defendant's name as stated in the notice of removal.

An appropriate judgment will be entered.

DONE, this the 23rd day of March, 2022.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE