IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MARGARET JONES,                )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )      2:21cv331-MHT
                               )           (WO)
HYUNDAI MOTOR                  )
MANUFACTURING OF ALABAMA,      )
LLC,                           )
                               )
     Defendant.                )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The United States Magistrate Judge's recommendation (Doc. 10) is adopted.

(2) Defendant's motion to dismiss (Doc. 4) is granted.

(3) This lawsuit is dismissed without prejudice.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 23rd day of March, 2022.

                                         /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE